NO. 07-09-0185-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 15, 2010

_____


DESHAZO-GEORGE POST #68 -- AMERICAN LEGION,
APPELLANT

V.

TEXAS ALCOHOLIC BEVERAGE COMMISSION,
APPELLEE

_____


FROM THE 31ST DISTRICT COURT OF WHEELER COUNTY;

NO. 12,285; HONORABLE STEVEN EMMERT, JUDGE

_____


Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before this Court is Appellant's *Motion To Dismiss Appeal* in which he represents he no longer wishes to pursue this appeal. Without passing on the merits of the case, Appellant's motion is granted and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1). Having dismissed the appeal at Appellant's request, no motion for rehearing will be entertained and our mandate shall issue forthwith.

Patrick A. Pirtle
Justice